IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MILTON WILLIAMS,** | § | |
| Plaintiff, | § § | |
| v. | § | Civil Action No. **3:13-CV-3891-L** |
| **MELBA RIVERA,** *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER

The case was referred to Magistrate Judge Paul D. Stickney, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on December 12, 2013, recommending that this action be dismissed *sua sponte* for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). No objections to the Report were filed.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct, **accepts** them as those of the court, and **dismisses without prejudice** this pursuant to Federal Rule of Civil Procedure 41(b).

**It is so ordered** this 31st day of December, 2013.

Sam A. Lindsay
United States District Judge

Order – Solo Page